| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Migdalia M Dominguez<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9762<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Northern District of Illinois | | Date case filed for chapter: 13   10/17/25 |
| Case number: 25–15997 | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Migdalia M Dominguez | |
| 2. | All other names used in the last 8 years | aka Cathy Ortega, aka Migdalia M Ortega | |
| 3. | Address | 2515 Grove St.<br>River Grove, IL 60171 | |
| 4. | Debtor's attorney<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | Bankruptcy trustee<br>Name and address | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603 | Contact phone 312–294–5900 |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/20/25 |

For more information, see page 2

Debtor **Migdalia M Dominguez** Case number **25−15997**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 10, 2025 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 647 557 0506, and Passcode 7038866130, OR call 1−872−201−1128**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/9/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/26/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/15/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **12/4/25** at **10:00 AM** , Location: **Courtroom 619, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1−669−254−5252 or 1−646−828−7666. Then enter the meeting ID 161 414 7941 and passcode 619.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 5500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 25-15997-DRC
Migdalia M Dominguez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 5
Date Rcvd: Oct 20, 2025      Form ID: 309I      Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Migdalia M Dominguez, 2515 Grove St., River Grove, IL 60171-1629 |
| 31692026 | + | Advocate Illinois Masonic, Po Box 4247, Carol Stream, IL 60197-4247 |
| 31692030 | | Ascend Loans, 635 E Highway 20U, Upper Lake, CA 95485 |
| 31692043 | + | Clear Lending, PO Box 1429, Nice, CA 95464-1429 |
| 31692067 | + | Dr Mark Gendleman, 2500 Ridge Ave #103, Evanston, IL 60201-2468 |
| 31692068 | | Eagle Valley, 946 6th Ave Ste. 322, Oakland, CA 94606 |
| 31692069 | + | Edgerton & Edgerton, 125 Wood St, West Chicago, IL 60185-2804 |
| 31692070 | + | Elmhurst Memorial Hospital, PO BOX 776956, Chicago, IL 60677-6956 |
| 31692076 | | Katapult Group, 5300 Legacy Dr #2 Ste 135, Plano, TX 75024 |
| 31692079 | + | Merchants? Credit Guide Co., Attn: Bankruptcy, 223 West Jackson Blvd Suite 700, Chicago, IL 60606-6914 |
| 31692085 | + | Opportunity Financial, LLC, Attn: Bank, P.o. Box 5040, Chicago, IL 60680-5040 |
| 31692095 | + | Tilt, 9169 W State St., Garden City, ID 83714-1733 |
| 31692098 | + | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: cutlerfilings@gmail.com | Oct 20 2025 22:55:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | + | Email/Text: bncnotice@chicagoch13.com | Oct 20 2025 22:56:00 | Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603-5764 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Oct 20 2025 22:57:00 | Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027 |
| 31692032 | + | EDI: ATTWIREBK.COM | Oct 21 2025 02:36:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 31692027 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 20 2025 23:03:48 | Affirm Loan Services, LLC, Att: Bankruptcy, 650 California Street, San Francisco, CA 94108-2702 |
| 31692028 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 20 2025 23:04:57 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 31692029 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 20 2025 23:22:52 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 31692031 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 20 2025 22:56:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 31692037 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 20 2025 22:57:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |

Case 25-15997   Doc 11   Filed 10/22/25   Entered 10/22/25 23:15:15   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0752-1 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Oct 20, 2025 | Form ID: 309I | Total Noticed: 78 |

| | | | | |
| --- | --- | --- | --- | --- |
| 31692034 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2025 23:03:48 | Capital Bank N.A., One Church Street, Suite 100, Rockville, MD 20850-4158 |
| 31692035 | + | EDI: CAPITALONE.COM | Oct 21 2025 02:36:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 31692036 | + | EDI: CAPONEAUTO.COM | Oct 21 2025 02:36:00 | Capital One Auto Finance, Capital One Auto, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 31692041 | + | EDI: CITICORP | Oct 21 2025 02:36:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 31692042 | + | EDI: CITICORP | Oct 21 2025 02:36:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 31692044 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 31692045 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692046 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Bank/Buckle, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 31692047 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692048 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Bank/Lane Bryant CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 31692049 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Bank/Roaman's, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 31692050 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692051 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692052 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Capital/IKEA, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 31692053 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity Capital/JJIlls, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 31692054 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity/Big Lots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692055 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity/Burlington CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 31692056 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenity/Sally, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 31692058 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenitybank/Onetop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692057 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenitybank/onestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692059 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenitycapital/michae, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692060 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenitycapital/ross, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31692061 | + | EDI: WFNNB.COM | Oct 21 2025 02:36:00 | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box |

Case 25-15997   Doc 11   Filed 10/22/25   Entered 10/22/25 23:15:15   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0752-1 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Oct 20, 2025 | Form ID: 309I | Total Noticed: 78 |

| | | | |
| --- | --- | --- | --- |
| | | | 182125, Columbus, OH 43218-2125 |
| 31692062 | + EDI: CCS.COM | Oct 21 2025 02:36:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 31692063 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2025 23:05:13 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 31692064 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2025 23:03:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31692065 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2025 23:03:09 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 31692066 | Email/Text: davecares@dave.com | Oct 20 2025 22:56:52 | Dave Inc., 1265 Cochran Ave, Los Angeles, CA 90019 |
| 31692071 | + EDI: PHINGENESIS | Oct 21 2025 02:36:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 31692072 | + Email/Text: collectionsbk@glcu.org | Oct 20 2025 22:57:00 | Great Lakes Credit Union, Attn: Bankruptcy, Po Box 1289, Bannockburn, IL 60015-6004 |
| 31692073 | ^ MEBN | Oct 20 2025 22:48:03 | Heavner Beyers & Mihlar, Att: Bankruptcy, Po Box 740, Decatur, IL 62525-0740 |
| 31692074 | + EDI: LCIICSYSTEM | Oct 21 2025 02:36:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 31692102 | EDI: IRS.COM | Oct 21 2025 02:36:00 | Internal Revenue Service, c/o Centralized Insolvency Operatio, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 31692075 | EDI: JEFFERSONCAP.COM | Oct 21 2025 02:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-9617 |
| 31692077 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2025 23:03:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 31692082 | Email/Text: ml-ebn@missionlane.com | Oct 20 2025 22:55:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 31692078 | + Email/Text: bankruptcy@marinerfinance.com | Oct 20 2025 22:56:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 31692080 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2025 23:04:52 | Merrick Bank Corp, Att: Bankruptcy Dept, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 31692081 | + Email/Text: jennifer@midwreceivable.com | Oct 20 2025 22:57:00 | Midwest Receivable Solutions, Attn: Bankruptcy, 2323 Gull Rd, Ste E, Kalamazoo, MI 49048-1400 |
| 31692083 | + Email/Text: bnc@nordstrom.com | Oct 20 2025 22:56:41 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 31692084 | Email/Text: bankruptcy@oportun.com | Oct 20 2025 22:56:00 | Oportun, Attn: Bankruptcy, Po Box 4085, Menlo Park, CA 94026 |
| 31692086 | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | Oct 20 2025 22:56:00 | Peoples Gas, 200 East Randolph, Chicago, IL 60601 |
| 31692088 | Email/Text: ProsperBK@prosper.com | Oct 20 2025 22:57:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept, 221 Main Street, Ste 300, San Francisco, CA 94105 |
| 31692087 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 20 2025 22:56:00 | Progressive Insurance's, 300 North Commons Blvd.,, Cleveland, OH 44143-1589 |
| 31692089 | EDI: Q3G.COM | Oct 21 2025 02:36:00 | Quantum3 Group LLC as agent for, PO Box 788, Kirkland, WA 98083-0788 |
| 31692090 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 20 2025 22:55:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 31692091 | Email/Text: hello@sparrowcard.com | Oct 20 2025 22:57:00 | Sparrow Financial Inc/, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 31692092 | + EDI: SYNC | | |

Case 25-15997   Doc 11   Filed 10/22/25   Entered 10/22/25 23:15:15   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0752-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: 309I | Total Noticed: 78 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 21 2025 02:36:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 31692093 | + | Email/Text: synovusbankruptcy@synovus.com | Oct 20 2025 22:58:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, Po Box 120, Columbus, GA 31902-0120 |
| 31692094 | + | EDI: WTRRNBANK.COM | Oct 21 2025 02:36:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 31692096 | ^ | MEBN | Oct 20 2025 22:46:09 | Torres Crdit, Attn: Bankruptcy, Po Box 189, Carlisle, PA 17013-0189 |
| 31692097 | | Email/Text: bknotice@upgrade.com | Oct 20 2025 22:55:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 31692099 | + | EDI: USBANKARS.COM | Oct 21 2025 02:36:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 31692098 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 20 2025 22:57:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 31692038 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 20 2025 22:56:00 | CEP America, c/o Wakefiled and Associates, PO Box 50250, Knoxville, TN 37950 |
| 31692101 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 21 2025 01:38:12 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 31692100 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 20 2025 23:05:41 | Wells Fargo Bank NA, MAC# N9286-01Y, 1000 Blue Gentian Road, Saint Paul, MN 55121-1663 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31692039 | | Chicago Anestetics |
| 31692033 | ##+ | Banquet Financial, Attn: Bankruptcy, 607 Dundee Ave, Elgin, IL 60120-3820 |
| 31692040 | ##+ | Chicago Institute of Advanced Surge, 3000 N Halsted St Suite 703, Chicago, IL 60657-5196 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 20, 2025 | Form ID: 309I | Total Noticed: 78 |

David H Cutler
          on behalf of Debtor 1 Migdalia M Dominguez cutlerfilings@gmail.com r48280@notify.bestcase.com

Thomas H. Hooper
          thomas.h.hooper@chicagoch13.com

TOTAL: 3