UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MIGDALIA M. DOMINGUEZ,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 25-15997<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #14-1
FILED BY QUANTUM3 GROUP LLC**

THIS MATTER having come before this Court on the Trustee's Objection to Claim #14-1 filed by Quantum3 Group LLC, with proper notice having been given and upon due consideration, it is ordered that:

1. The objection is sustained.
2. The Trustee shall pay Claim #14-1 as a lease pursuant to §6.1 of the proposed Plan.
3. No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 15, 2026

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900