Form 65 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  25-15997 |
| Migdalia M Dominguez | ) | |
| AKA: Cathy Ortega | ) | |
| AKA: Migdalia M Ortega | ) | Chapter:  13 |
| | ) | Honorable  Daniel R. Fine |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

This matter coming to be heard on the motion of Capital One Auto Finance, a division of Capital One, N.A. for Relief from Stay  as to one 2025 Chevrolet Trax Utility 4D LT 1.2L I3 Turbo, VIN KL77LHEP9SC020093, IT IS HEREBY ORDERED:

1. Pursuant to the Motor Vehicle Retail Installment Contract, the debtor shall make monthly payments of $712.67 directly to Capital One Auto Finance, a division of Capital One, N.A. for one 2025 Chevrolet Trax Utility 4D LT 1.2L I3 Turbo, VIN KL77LHEP9SC020093, continuing with the April 10, 2026 post-petition payment.

2. In addition to the current monthly contract payment, the debtor must submit to Capital One Auto Finance, a division of Capital One, N.A., the sum of $464.00 on or before the thirtieth day of each month beginning April 2026 through and including August 2026, and then the sum of $463.68 on or before the thirtieth day of September 2026, to cure the post-petition default as follows:

| | |
|---|---|
| Post-Petition Arrears | $2,384.68 |
| Filing Fee | $199.00 |
| Attorney Fee | $200.00 |
| Total | $2,783.68 |

*Repayment over six months

3. If Capital One Auto Finance, a division of Capital One, N.A. does not receive any two payments required under Paragraphs 1 and 2 by the due date, Capital One Auto Finance, a division of Capital One, N.A. may issue a Notice of the Default stating the amount of the default and giving the debtor 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the debtor and the debtor's lawyer. If the debtor does not cure the default by 14 days from the filing date of the Notice of Default, then Capital One Auto Finance, a division of Capital One, N.A. may file a Notice of Termination of the Stay with a certificate of service on the debtor and the debtor's lawyer. Upon filing the Notice of Termination, the automatic stay terminates to permit Capital One Auto Finance, a division of Capital One, N.A., to exercise its in rem rights under non bankruptcy law in the collateral, one 2025 Chevrolet Trax Utility 4D LT 1.2L I3 Turbo, VIN KL77LHEP9SC020093, effective on the date it is filed.

4. If Capital One Auto Finance, a division of Capital One, N.A. does not receive proof of full coverage insurance, Capital One Auto Finance, a division of Capital One, N.A., may issue a Notice of

the Default stating that the debtor has 7 days to provide Capital One Auto Finance, a division of Capital One, N.A., with proof of full coverage insurance on the aforesaid vehicle. The Notice of Default must be filed with the court with a certificate of service on the debtor and the debtor's lawyer. If the debtor does not cure the default by 7 days from the filing date of the Notice of Default, then Capital One Auto Finance, a division of Capital One, N.A. may file a Notice of Termination of the Stay with a certificate of service on the debtor and the debtor's lawyer. Upon filing the Notice of Termination, the automatic stay terminates to permit Capital One Auto Finance, a division of Capital One, N.A. to exercise its in rem rights under non-bankruptcy law in the collateral, one 2025 Chevrolet Trax Utility 4D LT 1.2L I3 Turbo, VIN KL77LHEP9SC020093, effective on the date it is filed.

5.  Attorney's fees in the amount of $200.00 and costs in the amount of $199.00 are allowed.

/s/ Michelle E. Mandroiu_____          /s/ Jennifer Rinn_____
Attorney for the Debtor                Capital One Auto Finance, a division of
                                       Capital One, N.A.

                           Enter:

                                       Honorable  Daniel R. Fine
Dated: March 30, 2026                  United States Bankruptcy Judge

**Prepared by:**

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com