Form G-3 (20260512)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION DIVISION**

| | | |
|---|---|---|
| In re: Migdalia M Dominguez | ) | Chapter 13 |
| | ) | |
| | ) | No. 25-15997 |
| | ) | |
| Debtor(s) | ) | Judge Daniel R. Fine |

**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on August 13, 2026, at 10:00 a.m., I will appear before the Honorable Daniel R. Fine, or any judge sitting in that judge's place, **either** in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of Debtor [to/for] Modify Plan Post Confirmation, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941, and the passcode is none required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ David H. Cutler

David H. Cutler, esq.,
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

**CERTIFICATE OF SERVICE**

I, David H. Cutler,

☒ an attorney, certify

- or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on July 23, 2026, at 7:30 p.m *

/s/ David H. Cutler
[Signature]

*All applicable boxes must be checked and all blanks filled in.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>Migdalia M Dominguez<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>) | Case No: 25-15997<br><br>Chapter 13<br><br>Judge: Daniel R. Fine |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Migdalia M Dominguez, by and through her attorneys, the law office of CUTLER & ASSOCIATES, and in support of this Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).
2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on October 17, 2025.
3. The Debtor's Chapter 13 plan was confirmed on March 5, 2026.
4. The Debtor's Chapter 13 plan was confirmed with a payment of $1,087 for 60 months with unsecured creditors receiving 100% of their unsecured claims.
5. The Debtor has a current default to the Trustee of $3,441.29.
6. The Debtor has paid in to date $6,341.71 into her Chapter 13 Plan.
7. The Debtor is in month 9 of her 60-month repayment plan.
8. The Debtor's income has decreased as she is working at Illinois Secretary of State as a Public Service Representative. The Debtor has worked at Illinois Secretary of State for 4 months and her new position pays less than her prior one. The Debtor is making roughly $24 an hour at her new position and at her prior job she was making $32 an

hour as a Licensed Specialist. The Debtor's salary with Illinois Secretary of State is lower and with this lower income she is unable to make her $1,087 plan payments. The Debtor has provided proof of her income, her paystubs, at Illinois Secretary of State evidencing the lower income. (See Exhibit A)

9. The Debtor also has had increase in her expenses, the mortgage payment is now $2,451.27, this is an increase of $349.72. Debtor has reviewed the income and expenses with her counsel and her counsel will file amended schedules I and J in her case.

10. The Debtor seeks to modify her plan post confirmation to reduce her plan payment to $600 a month, commencing with the September 2026 plan payment until the end of the plan and defer the current Trustee default of $3,441.29 to the end of the plan. The Debtor will also resume payroll control with her new employer and will provide her counsel with the information so that a payroll order can be filed in her case. With the proposed reduction, the Debtor will still be paying over the liquidation value in section 5.1 of her confirmed plan, that the liquidation value was listed at zero. That the new total amount of estimated payments will be $24,989.23.

11. The Debtor will be able to afford the adjusted plan payment with her reduced income and increased mortgage expenses.

12. The Debtor has filed the instant case in good faith and she intends to complete the plan of reorganization.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to decrease her plan payment to $600 a month, commencing with the September 2026 plan payment until the end of the plan and defer the current Trustee default of $3,441.29 to the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: July 23, 2026

Respectfully Submitted,

By: /s/ David H. Cutler

David H. Cutler, esq.,
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600