# Exhibit A

## Susana A. Mendoza
COMPTROLLER – STATE OF ILLINOIS

**SALARY EARNINGS STATEMENT**
FOR PAY PERIOD ENDING **06/30/2026**
SCHEDULED PAY DATE **07/10/2026**

03 761

**THIS IS NOT A DEPOSIT TICKET**

WARRANT – TRACE NO.
040003623-2260706

**DOMINGUEZ MIGDALIA**

2515 GROVE ST
RIVER GROVE, IL 60171

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS

### YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | $11,943.00 |
| FEDERAL TAX | $1,531.86 |
| F.I.C.A | $870.96 |
| STATE TAX | $503.72 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | $1,035.70 |
| OVERTIME | .00 |

### CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| ***-**-9762 | $1,990.50 | .00 | .00 | .00 | $1,990.50 |

DEDUCTIONS:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL TAX | $250.91 | STATE TAX | $82.97 | FICA | $145.16 | | |
| RETIREMENT | $39.81 | STATE-DENTAL | $8.00 | STATE-HEALTH | $85.00 | STATE-LIFE | $0.48 |
| UNION-DUES | $28.86 | DEFERRED-COMP | $59.71 | | | | |

NOTE:
GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | $700.90 |
| NET PAY | $1,289.60 |

**Susana A. Mendoza**

COMPTROLLER – STATE OF ILLINOIS

**SALARY EARNINGS STATEMENT**
FOR PAY PERIOD ENDING **06/15/2026**
SCHEDULED PAY DATE **06/26/2026**

03 761

**THIS IS NOT A DEPOSIT TICKET**

WARRANT – TRACE NO.
SA8716254-0005015

**DOMINGUEZ MIGDALIA**

**2515 GROVE ST**
**RIVER GROVE, IL 60171**

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS

### YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | $9,952.50 |
| FEDERAL TAX | $1,280.95 |
| F.I.C.A | $725.80 |
| STATE TAX | $420.75 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | $843.18 |
| OVERTIME | .00 |

### CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| ***-**-9762 | $1,990.50 | .00 | .00 | .00 | $1,990.50 |

DEDUCTIONS:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL TAX | $250.91 | STATE TAX | $82.97 | FICA | $145.16 | | |
| RETIREMENT | $39.81 | STATE-DENTAL | $8.00 | STATE-HEALTH | $85.00 | STATE-LIFE | $0.48 |
| UNION-DUES | $28.86 | DEFERRED-COMP | $59.71 | | | | |

NOTE:
GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | $700.90 |
| NET PAY | $1,289.60 |

**Susana A. Mendoza**
COMPTROLLER – STATE OF ILLINOIS

**SALARY EARNINGS STATEMENT**
FOR PAY PERIOD ENDING **05/31/2026**                                    03 761
SCHEDULED PAY DATE **06/11/2026**

**THIS IS NOT A DEPOSIT TICKET**

WARRANT – TRACE NO.
SA8705936-0004763

**DOMINGUEZ MIGDALIA**

**2515 GROVE ST**
**RIVER GROVE, IL 60171**

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | $7,962.00 |
| FEDERAL TAX | $1,030.04 |
| F.I.C.A | $580.64 |
| STATE TAX | $337.78 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | $650.66 |
| OVERTIME | .00 |

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| ***-**-9762 | $1,990.50 | .00 | .00 | .00 | $1,990.50 |

DEDUCTIONS:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL TAX | $250.91 | STATE TAX | $82.97 | FICA | $145.16 | | |
| RETIREMENT | $39.81 | STATE-DENTAL | $8.00 | STATE-HEALTH | $85.00 | STATE-LIFE | $0.48 |
| UNION-DUES | $28.86 | DEFERRED-COMP | $59.71 | | | | |

NOTE:
GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | $700.90 |
| NET PAY | $1,289.60 |

**Susana A. Mendoza**
COMPTROLLER – STATE OF ILLINOIS

**SALARY EARNINGS STATEMENT**
FOR PAY PERIOD ENDING **05/15/2026**
SCHEDULED PAY DATE **05/26/2026**

03 761

**THIS IS NOT A DEPOSIT TICKET**

WARRANT – TRACE NO.
SA8684825-0004470

**DOMINGUEZ MIGDALIA**

**2515 GROVE ST**
**RIVER GROVE, IL 60171**

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | $5,971.50 |
| FEDERAL TAX | $779.13 |
| F.I.C.A | $435.48 |
| STATE TAX | $254.81 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | $458.14 |
| OVERTIME | .00 |

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| ***-**-9762 | $1,990.50 | .00 | .00 | .00 | $1,990.50 |

DEDUCTIONS:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL TAX | $250.91 | STATE TAX | $82.97 | FICA | $145.16 | | |
| RETIREMENT | $39.81 | STATE-DENTAL | $8.00 | STATE-HEALTH | $85.00 | STATE-LIFE | $0.48 |
| UNION-DUES | $28.86 | DEFERRED-COMP | $59.71 | | | | |

NOTE:
GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | $700.90 |
| NET PAY | $1,289.60 |

Susana A. Mendoza
COMPTROLLER – STATE OF ILLINOIS

**SALARY EARNINGS STATEMENT**
FOR PAY PERIOD ENDING 04/30/2026
SCHEDULED PAY DATE 05/11/2026

03 761

**THIS IS NOT A DEPOSIT TICKET**

WARRANT – TRACE NO.
SA8673771-0004493

**DOMINGUEZ MIGDALIA**

**2515 GROVE ST
RIVER GROVE, IL 60171**

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | $3,981.00 |
| FEDERAL TAX | $528.22 |
| F.I.C.A | $290.32 |
| STATE TAX | $171.84 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | $265.62 |
| OVERTIME | .00 |

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| ***-**-9762 | $1,990.50 | .00 | .00 | .00 | $1,990.50 |

DEDUCTIONS:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL TAX | $264.11 | STATE TAX | $85.92 | FICA | $145.16 | | |
| RETIREMENT | $39.81 | STATE-DENTAL | $8.00 | STATE-HEALTH | $85.00 | | |
| UNION-DUES | $28.86 | | | | | STATE-LIFE | $0.48 |

NOTE:
GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | $657.34 |
| NET PAY | $1,333.16 |

**Susana A. Mendoza**
COMPTROLLER – STATE OF ILLINOIS

**SALARY EARNINGS STATEMENT**
FOR PAY PERIOD ENDING **04/15/2026**
SCHEDULED PAY DATE **04/24/2026**

03 761

**THIS IS NOT A DEPOSIT TICKET**

WARRANT – TRACE NO.
SA8662539-

**DOMINGUEZ MIGDALIA**

**2515 GROVE ST**
**RIVER GROVE, IL 60171**

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---:|
| GROSS EARNINGS | $1,990.50 |
| FEDERAL TAX | $264.11 |
| F.I.C.A | $145.16 |
| STATE TAX | $85.92 |
| OTHER COMP. | .00 |
| NON-TAX INCOME | $132.81 |
| OVERTIME | .00 |

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| ***-**-9762 | $1,990.50 | .00 | .00 | .00 | $1,990.50 |

DEDUCTIONS:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDERAL TAX | $264.11 | STATE TAX | $85.92 | FICA | $145.16 | | |
| RETIREMENT | $39.81 | STATE-DENTAL | $8.00 | STATE-HEALTH | $85.00 | STATE-LIFE | $0.48 |
| UNION-DUES | $28.86 | | | | | | |

NOTE:
GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---:|
| TOTAL DEDUCTIONS | $657.34 |
| NET PAY | $1,333.16 |